**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**DUSTIN R PRICE #453439**                    **CASE NO. 1:17-CV-00164 SEC P**

**VERSUS**                                               **CHIEF JUDGE DRELL**

**LASALLE CORRECTIONS CORP ET**     **MAGISTRATE JUDGE PEREZ-MONTES**
**AL**

## MEMORANDUM ORDER

On January 23, 2017, a complaint was filed by the plaintiff.  On January 27, 2017, a

memorandum order was issued by this court ordering the plaintiff within 30 days of the date of

the order to pay the filing fee or submit an IFP application.  Mover has failed to take the required

action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on January 23, 2017, be,

and hereby is, stricken from the record.

THUS DONE in Chambers on this _____ day of _____, 2017.

_____
Joseph H. L. Perez-Montes
United States Magistrate Judge